UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO CHAVES OREA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

54 BELOW LLC
    d/b/a FEINSTEIN'S/54 BELOW,
and JOHN DOES 1-5

        Defendants.

---

Case No: 1:22-cv-04765

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment dated October 4, 2022, and annexed hereto as **Exhibit A**.

Dated: October 4, 2022

        Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendant's counsel of record in this matter:

Alexander W. Bogdan, Esq.
Fox Rothschild LLP
101 Park Avenue
New York, NY 10178
Telephone (212) 878-7900
Facsimile (212) 692-0940
E-mail: abogdan@foxrothschild.com
*Attorneys for Defendant*

By: _____
C.K. Lee, Esq.