<u>UNITED STATES DISTRICT COURT</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| ALFONSO CHAVES OREA,<br>*on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>     Plaintiff,<br>v.<br><br>54 BELOW LLC<br>     d/b/a FEINSTEIN'S/54 BELOW,<br>and JOHN DOES 1-5<br><br>     Defendants. | Case No:  1:22-cv-04765<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant 54 BELOW LLC ("Defendant"), having offered to allow Plaintiff Alfonso Chaves Orea ("Plaintiff") to take a judgment against it, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of attorneys' fees, with respect to all Fair Labor Standards Act ("FLSA") claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 4, 2022 and filed as Exhibit A to Docket Number 11;

**WHEREAS**, on October 4, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 11);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Alfonso Chaves Orea, in the sum of Five Thousand Dollars and No Cents ($5,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 4, 2022 and filed as Exhibit A to Docket Number 11.

**SO ORDERED:**

Dated: _____, 2022          _____
         New York, New York                                      U.S.D.J.