```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 24 2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALFONSO CHAVES OREA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

54 BELOW LLC
    d/b/a FEINSTEIN'S/54 BELOW,
and JOHN DOES 1-5

        Defendants.

Case No: 1:22-cv-04765

**SATISFACTION OF JUDGMENT**

---

WHEREAS, a judgment was entered in the above action on the 4th day of October 2022 [Docket No. 13] in favor of Plaintiff ALFONSO CHAVES OREA ("Plaintiff") and against Defendant 54 BELOW LLC ("Defendant") in the amount of $5,000.00 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       October 21, 2022

                            LEE LITIGATION GROUP, PLLC

                            By: _____
                               C.K. Lee, Esq.
                               148 West 24th Street, 8th Floor
                               New York, NY 10011
                               Telephone: (212) 465-1180
                               Fax: (212) 465-1181
                               E-mail: cklee@leelitigation.com
                                   *Attorneys for Plaintiff*

STATE OF NEW YORK           )
                            )   ss.:
COUNTY OF NEW YORK          )

On the 21st day of October 2022 before me personally came C.K. Lee to me known and known to be a member of the firm of Lee Litigation Group PLLC, attorneys for Plaintiff ALFONSO CHAVES OREA in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024